IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

        Plaintiff,                      No. CIV S-08-1624 FCD DAD PS

    vs.

RAGHBIR SINGH GHOMAN
dba QUIK SHOP 2; GHOMAN'S
PROPERTIES, LLC.,                      <u>ORDER</u>

        Defendants.

_____/

        On July 29, 2009, the court granted defense counsel's motion to withdraw as attorney of record for defendants. Defendant Raghbir Singh Ghoman was substituted <u>in propria persona</u>. Defendant Ghoman's Properties, LLC was advised that a corporation may only appear through counsel and that failure to obtain new counsel may result in a default being entered against it. The case was referred to the assigned magistrate judge pursuant to Local Rule 72-302(c)(21).

        On October 6, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. No party has filed objections to the findings and recommendations.

1

1         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Although more than three months have passed since defendant Ghoman's Properties, LLC was advised that a corporation may not appear in propria persona, no appearance has been made by an attorney representing this defendant.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 6, 2009 (Doc. No. 11) are adopted in full;

2. Defendants' answer filed October 10, 2008 is stricken to the extent that it was filed on behalf of defendant Ghoman's Properties, LLC, and the answer is deemed to be solely the answer of defendant Raghbir Singh Ghoman dba Quik Shop 2; and

3. The Clerk of the Court shall modify the docket to reflect that the answer filed October 10, 2008 (Doc. No. 5) is the answer solely of defendant Raghbir Singh Ghoman.

DATED: November 10, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE