IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

    Plaintiff,

No. CIV S-08-1624 FCD DAD PS

vs.

RAGHBIR SINGH GHOMAN
dba QUIK SHOP 2; GHOMAN'S
PROPERTIES, LLC.,

ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

    Defendants.

_____/

    This action has been referred to the undersigned magistrate judge pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision.

    Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, February 5, 2010, at 11:00 a.m.**, in Courtroom No. 27, before the undersigned.

    2. All parties shall appear at the Status Conference either in person or telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than 48 hours before the Status (Pretrial Scheduling) Conference.

1

3. Plaintiff shall file and serve a status report on or before **January 22, 2009,** and defendant Ghoman shall file and serve a status report on or before **January 29, 2009**. Each status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

/////

/////

/////

/////

4.  Defendant Ghoman is cautioned that failure to file a timely status report or failure to appear at the status conference either in person or telephonically may result in the imposition of sanctions.  See Local Rules 11-110 and 83-183.

DATED: November 13, 2009.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\ocampo1624.ossc