IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

      Plaintiff,

      vs.

RAGHBIR SINGH GHOMAN
dba QUIK SHOP 2; GHOMAN'S
PROPERTIES, LLC.,

      Defendants.

No. CIV S-08-1624 KJM DAD PS

ORDER

      Defendant Raghbir Singh Ghoman is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

      On November 10 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. On November 15, 2011, that service was returned as to defendant Raghbir Ghoman as undeliverable. On November 17, 2011, however, the findings and recommendations were re-served on defendant Raghbir Ghoman. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

1    The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 10, 2011 (Doc. No. 25) are adopted in full;

2. Plaintiff's January 17, 2011 motion to amend his complaint (Doc. No. 19) is granted; and

3. Plaintiff is granted twenty-one (21) days to file and serve his amended complaint.

DATED: January 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

/ocampo1624.jo