IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>      Plaintiff,<br><br>    vs.<br><br>RAGHBIR SINGH GHOMAN<br>dba QUIK SHOP 2; GHOMAN'S<br>PROPERTIES, LLC.,<br><br>      Defendants.<br>_____/ | No. CIV S-08-1624 KJM DAD PS<br><br><br><br><br><u>ORDER</u> |

        On July 29, 2009, the then-assigned District Judge granted the motion to withdraw of defendant Ghoman's counsel and referred the action to the undersigned pursuant to Local Rule 72-302(c)(21). (Doc. No. 9.) On January 27, 2012, the now-assigned District Judge adopted the undersigned's findings and recommendations and granted plaintiff's motion to amend the complaint. (Doc. No. 26.) On February 6, 2012, plaintiff filed an amended complaint, naming as defendants Raghbir Singh Ghoman and Ghoman's Properties, LLC. On March 19, 2012, an answer was filed by attorney Alfred W. Driscoll, III as counsel for both defendants. (Doc. No. 31.)

        Because defendants are now represented by counsel, the case will now be referred back to the now-assigned District Judge. Therefore, all pretrial motions, other than discovery

1

motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;
2. All dates pending before the undersigned are vacated;
3. A Status (Pretrial Scheduling) Conference is set for **Thursday, May 17, 2012, at 3:30 p.m.**, in Courtroom No. 3, before the Honorable Kimberly J. Mueller;
4. The parties shall file a joint status report on or before **Thursday, May 10, 2012**. The status report shall address all of the following matters:

   a. Progress of service of process;
   b. Possible joinder of additional parties;
   c. Any expected or desired amendment of the pleadings;
   d. Jurisdiction and venue;
   e. Anticipated motions and the scheduling thereof;
   f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;
   g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;
   h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;
   i. Whether the case is related to any other case, including matters in bankruptcy;
   j. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

   k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l. Any other matters that may aid in the just and expeditious disposition of this action; and

  5. Henceforth the caption on documents filed in this action shall be No. CIV S-08-1624 KJM DAD with the "PS" designation being eliminated.[1]

  IT IS SO ORDERED.

DATED: March 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
DDAD1\orders.pro se\ocampo1624.ref

---

[1] As opposed to the prior caption, No. CIV S-08-1624 KJM DAD PS.