1

2

3

4

5

6

7

8

9                         IN THE UNITED STATES DISTRICT COURT

10                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11   DIMAS O'CAMPO,

12              Plaintiff,                    No. CIV S-08-1624 KJM DAD

13        vs.

14   RAGHBIR SINGH GHOMAN, et al.,       ORDER AND ORDER TO SHOW CAUSE

15              Defendants
                                        /

16

17           The court directed the parties to file a joint pretrial status report no later than May

18   10, 2012 and set the matter for pretrial scheduling conference on May 17, 2012 at 2:30 p.m.  The

19   parties have not filed their joint status report.

20           IT IS THEREFORE ORDERED that:

21           1.  The pretrial scheduling conference set for May 17, 2012 is vacated; and

22           2.  The parties are directed to show cause, within ten days of the date of this

23   order, why they should not be sanctioned $250.00 for failing to file a joint status report.

24   DATED: May 15, 2012.

25

26                                      _____
                                        UNITED STATES DISTRICT JUDGE