IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

    Plaintiff,                       No. CIV S-08-1624 KJM DAD

    vs.

RAGHBIR SINGH GHOMAN, et al.,    ORDER AND ORDER TO SHOW CAUSE

    Defendants

            The court directed the parties to file a joint pretrial status report no later than May 10, 2012 and set the matter for pretrial scheduling conference on May 17, 2012 at 2:30 p.m.  The parties have not filed their joint status report.

           IT IS THEREFORE ORDERED that:

           1. The pretrial scheduling conference set for May 17, 2012 is vacated; and

           2. The parties are directed to show cause, within ten days of the date of this order, why they should not be sanctioned $250.00 for failing to file a joint status report.

DATED: May 15, 2012.

                                                          UNITED STATES DISTRICT JUDGE