UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>Plaintiff,<br><br>v.<br><br>RAGHBIR SINGH GHOMAN, dba QUICK SHOP 2; GHOMAN'S PROPERTIES, LLC,<br><br>Defendants. | No. 2:08-cv-1624 KJM AC PS (TEMP)<br><br>ORDER |

On February 6, 2012, plaintiff filed an amended complaint asserting one federal law claim and three state law claims. (ECF No. 27.) On July 26, 2013, the assigned District Judge found that plaintiff lacked standing to pursue plaintiff's one federal claim. (ECF No. 60 at 3.) Accordingly, the assigned District Judge denied plaintiff's previously filed motion for summary judgment, dismissed plaintiff's first amended complaint with prejudice and closed this case. (Id. at 8.)

On November 6, 2015, the Ninth Circuit Court of Appeals issued an order finding that although the "district court did not err in dismissing [plaintiff's] complaint sua sponte . . . . the district court erred in dismissing the complaint with prejudice, as a dismissal for lack of jurisdiction is not an adjudication on the merits." (ECF No. 67 at 4.) Accordingly, the Ninth Circuit vacated the dismissal of plaintiff's amended complaint with prejudice and remanded this

1

matter "for entry of an order dismissing the complaint without prejudice." (Id.)  The Ninth Circuit also stated that plaintiff "may request leave to file an amended complaint." (Id.)  On December 11, 2015 this matter was referred to the undersigned pursuant to the appearance in propria persona of defendant Raghbir Ghoman.

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's February 6, 2012 amended complaint (ECF no. 27) is dismissed without prejudice;

2. Plaintiff may file a motion seeking leave to file an amended complaint within 28 days of the date of this order; and

3. The Clerk of the Court shall serve this order on the defendants by mail at their last known addresses.

DATED: January 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE