UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>            Plaintiff,<br><br>   v.<br><br>RAGHBIR SINGH GHOMAN, dba QUICK SHOP 2; GHOMAN'S PROPERTIES, LLC,<br><br>            Defendants. | No.  2:08-cv-1624 KJM AC PS (TEMP)<br><br>ORDER |

On May 18, 2016, this matter came before the undersigned for hearing of plaintiff's motion to file an amended complaint. Attorney Scott Lynn Hubbard appeared on behalf of the plaintiff. No appearance was made by, or on behalf of, either defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing and above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 21, 2016 amended motion for leave to amend (ECF No. 77) is granted;

2. The proposed second amended complaint filed March 21, 2016 (ECF No. 77-1) is deemed the operative pleading;

////

////

1

1          3.  Within thirty days of the date of this order, plaintiff shall serve the second amended
2  complaint on the defendants in full compliance with Rule 4 of the Federal Rules of Civil
3  Procedure; and
4          4.  Fourteen days after plaintiff has served the defendants, plaintiff shall file a declaration
5  setting forth plaintiff's efforts in locating the defendants and why plaintiff believes defendants
6  have been served in compliance with Rule 4.
7  DATED: May 18, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2