UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>          Plaintiff,<br><br>     v.<br><br>RAGHBIR SINGH GHOMAN, dba QUICK SHOP 2; GHOMAN'S PROPERTIES, LLC,<br><br>          Defendants. | No.  2:08-cv-1624 KJM DB PS<br><br><br><br>ORDER TO SHOW CAUSE |

On May 19, 2016, an order issued granting plaintiff leave to file a second amended complaint and deeming the second amended complaint filed March 21, 2016, the operative complaint.  (ECF No. 82.) On June 30, 2016, plaintiff filed a declaration attesting to plaintiff's efforts to serve the second amended complaint on the defendants.  (ECF No. 84.)  Plaintiff has not taken any further action since that time.

////

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within twenty-one (21) days of the date of this order as to why this action should not be dismissed for a lack of prosecution.[1]

Dated: November 29, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\o'campo1624.osc.dlop

---

[1] Alternatively, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.