UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>             Plaintiff,<br><br>     v.<br><br>RAGHBIR SINGH GHOMAN, dba QUICK SHOP 2; GHOMAN'S PROPERTIES, LLC,<br><br>             Defendants. | No.  2:08-cv-1624 KJM DB PS<br><br><br><br>ORDER TO SHOW CAUSE |

   On May 19, 2016, an order issued granting plaintiff leave to file a second amended complaint and deeming the second amended complaint filed March 21, 2016, the operative complaint.  (ECF No. 82.)  On June 30, 2016, plaintiff filed a declaration attesting to plaintiff's efforts to serve the second amended complaint on the defendants.  (ECF No. 84.)

   On November 30, 2016, the undersigned issued an order to show cause ordering plaintiff to "show cause in writing within twenty-one (21) days" as to why this action should not be dismissed for a lack or prosecution.  (ECF No. 87.)  On December 19, 2016, plaintiff filed an application for the Clerk to enter defendants' default.  (ECF No. 88.)  The Clerk entered defendants' default on December 20, 2016.  (ECF No. 89.)

   Plaintiff, however, has not responded to the November 30, 2016, order to show cause.  In this regard, the November 30, 2016 order explicitly ordered plaintiff to show cause in writing

1

within twenty-one days.  Filing an application for the entry of defendants' default was not a permitted response.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within seven (7) days of the date of this order as to why this action should not be dismissed for a lack of prosecution and why plaintiff's counsel should not be sanctioned for failing to comply with the November 30, 2016 order to show cause.[1]

Dated:  January 11, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\o'campo1624.osc2.dlop

---

[1] Alternatively, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2