UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAGHBIR SINGH GHOMAN, dba QUICK SHOP 2; GHOMAN'S PROPERTIES, LLC,<br><br>　　　　　Defendants. | No. 2:08-cv-1624 KJM DB PS<br><br><br><br>ORDER |

　　　　This action came before the court on March 24, 2017, for hearing of plaintiff's motion for default judgment. Attorney Stephanie Ross appeared telephonically on behalf of the plaintiff. There was no appearance by, or on behalf of, any defendant.

　　　　Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

　　　　1. Within seven days of the March 24, 2017 hearing, plaintiff shall comply with the court's February 16, 2017 order and file a document providing a comparison of the total hours expended, by each attorney and paralegal, prior to the Ninth Circuit's ruling on November 9, 2015, and after the Ninth Circuit's ruling[1]; and

---

[1] Plaintiff is cautioned that the failure to comply with an order of this court may result in an order imposing an appropriate sanction. See Local Rules 110.

1

2. After receipt of plaintiff's filing, plaintiff's motion will be taken under submission.

Dated: March 24, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\o'campo1624.oah.032417

2